RICARDO FRIGERIO, Respondent, v. JOSEPHINE MORINA, Appellant, and Others, Defendants.— Order vacating notice of examination before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied,

with ten dollars costs, upon the ground that appealing defendant was entitled to examine plaintiff as to the defense of usury. Examination to proceed on five days' notice before the person named and at the place and hour stated in the subpœna. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.